IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

**Plaintiff,**

vs.

: CASE NO: 3:09-PO-189
: OVINGTON

NICHOLAS SILVERNELL,

**Defendant.**

## ORDER REMITTING

Upon motion of the United States of America and the Court being otherwise sufficiently advised.

**IT IS HEREBY ORDERED AND ADJUDGED,** in accordance with the provision of 18 U.S.C. § 3573, that the unpaid portion of the fine imposed against the Defendant in the amount of $1.00 is hereby **REMITTED**.

Date: 2/21/12

_____
UNITED STATES MAGISTRATE JUDGE